7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Timothy Ryan Short and Amanda Gayle Short
*Debtor*

*Bankruptcy Case No.*
14−60430−abf7

**United States of America**
    Plaintiff(s)

*Adversary Case No.*
14−06032−abf

v.

**Timothy Ryan Short**
**Amanda Gayle Short**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment by Default is hereby entered in favor of the Plaintiff, United States of America, and against Defendants, Timothy Ryan Short and Amanda Gayle Short. The Debt to the United States of America is excepted from discharge under 11 U.S.C. Section 523(a)(2)(A), 523(a)(2)(B), and 523(a)(6) of the Bankruptcy Code. The said secured debts in the total amounts of $64,997.12 (Operating Loan 44−01) and $70,461.73(Operating Loan 44−02) as of October 1, 2014, plus interest accruing at the daily rates of $5.3307 and $4.8871, respectively, on the unpaid balance until paid, cannot be discharged in the debtors' underlying Bankruptcy Proceeding (Case No. 14−60430−abf7).



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 12/18/14

Court to serve